Fill in this information to identify the case:

Debtor 1  **Daniel Dreic Olivares**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: **SOUTHERN** District of **TEXAS**
(State)

Case number **15-32418**

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series II Trust

**Court claim no.** (if known): 3-1

**Last 4 digits** of any number you use to identify the debtor's account: 8 3 7 5

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney fees | | (3) $ |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | | (5) $ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | 3/21/2019 | (8) $ 10,598.65 |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify:_____ | | (10) $ |
| 11. Other. Specify:_____ | | (11) $ |
| 12. Other. Specify:_____ | | (12) $ |
| 13. Other. Specify:_____ | | (13) $ |
| 14. Other. Specify:_____ | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2  Notice of Postpetition Mortgage Fees, Expenses, and Charges  page 1

| Debtor 1 | Daniel Dreic Olivares | Case number (*if known*) | 15-32418 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**✗ /s/ Angela Kristen Viale**
Signature

Date 3/25/2019

Print: **Angela Kristen Viale**
First Name  Middle Name  Last Name

Title: Bankruptcy Asset Manager

Company: **SN Servicing Corporation**

Address: **323 5th Street**
Number  Street
Eureka  CA  95501
City  State  ZIP Code

Contact phone: (800) 603-0836

Email: bknotices@snsc.com

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 2

**SN Servicing Corporation**

**Loan History - General**

| Loanid: 0000XXXXXX | | | Borrower: OLIVARES | | | Telephone: | | | | | | SSN: *****XXXX | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Effective Date | Transaction Date | Due Date | Transaction Description | Batch Desc | Sub Code | Batch Id | Trans. Amt | Principal Amount | Principal Balance | Arrearage / Forbearance Prin | Interest Amount | Unapplied Amount | Unapplied Balance | Escrow Amount | Escrow Balance | Late Charge Amt | Late Charge Balance | Assistance Amt |
| 3/21/2019 | 3/21/2019 | 2/10/2012 | Other Fee Assessment | | 227 | 0 | ($1,786.26) | $.00 | $9,995.71 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($4,049.96) | $.00 | $.00 | $.00 |
| 3/21/2019 | 3/21/2019 | 2/10/2012 | Other Fee Assessment | | 228 | 0 | ($2,508.15) | $.00 | $9,995.71 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($4,049.96) | $.00 | $.00 | $.00 |
| 3/21/2019 | 3/21/2019 | 2/10/2012 | Other Fee Assessment | | 227 | 0 | ($1,794.69) | $.00 | $9,995.71 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($4,049.96) | $.00 | $.00 | $.00 |
| 3/21/2019 | 3/21/2019 | 2/10/2012 | Other Fee Assessment | | 228 | 0 | ($4,509.55) | $.00 | $9,995.71 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($4,049.96) | $.00 | $.00 | $.00 |

*Contains Customer Private Information - handle securely.*

1 | Michelle R. Ghidotti-Gonsalves, Esq. (SBN 27180)
2 | GHIDOTTI | BERGER
  | 1920 Old Tustin Ave.
3 | Santa Ana, CA 92705
  | Ph:  (949) 427-2010
4 | Fax: (949) 427-2732
5 | mghidotti@ghidottiberger.com

6 | Attorney for Creditor
  | U.S. Bank Trust National Association as Trustee of the Igloo Series II Trust

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS - HOUSTON DIVISION

| In Re: | ) | CASE NO.: 15-32418 |
|---|---|---|
| Daniel Dreic Olivares, | ) | CHAPTER 13 |
| Debtors. | ) | **CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On March 25, 2019 I served the following documents described as:

- **Postpetition Mortgage Fees, Expenses, and Charges**

1

CERTIFICATE OF SERVICE

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Debtor's Counsel** |
|---|---|
| Daniel Dreic Olivares | J Thomas Black |
| 11714 Corona | Attorney at Law |
| Houston, TX 77072 | 2600 S. Gessner Rd. Ste 110 |
| | Houston, TX 77063 |
| **Trustee** | |
| William E. Heitkamp | **U.S. Trustee** |
| Office of Chapter 13 Trustee | Office of the US Trustee |
| 9821 Katy Freeway, Ste 590 | 515 Rusk Ave, Ste 3516 |
| Houston, TX 77024 | Houston, TX 77002 |

__xx____(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

　　　　Executed on March 25, 2019 at Santa Ana, California

/*s / Lauren Simonton*
Lauren Simonton

2
CERTIFICATE OF SERVICE